## IN THE UNTED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO.4:00-CR-40019-001** |
| ) | |
| **DOYLE WHISENHUNT** ) | |

## ORDER DISMISSING PETITION FOR REVOCATION OF SUPERVISED RELEASE WITHOUT PREJUDICE

Before the Court is the Government's Motion to Dismiss the Petition to Revoke Supervised Release. (ECF No. 15). Upon consideration, the Court finds that the motion (ECF No. 15) should be and hereby is **GRANTED**. The Petition to Revoke Supervised Release is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 10th day of July, 2015.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge